IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFRED MINOTTI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>    Plaintiff,<br><br>  v.<br><br>UNITEK GLOBAL SERVICES, INC. et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 13-2119 |
| ROBERT HARVEY,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITEK GLOBAL SERVICES, INC. et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 13-2514 |
| ROBERT STROUGO,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITEK GLOBAL SERVICES, INC. et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 13-2580 |

## **ORDER**

**AND NOW**, this 11th day of July 2013, upon consideration of Plaintiff's Motion for

Consolidation, Appointment as Lead Plaintiff and Approval of its Selection of Counsel (Case

No. 13-2119, Doc. No. 5), Defendants' Joint Response (Doc. No. 13), and the Notice of Non-Opposition to the Motion (Doc. No. 16), it is **ORDERED** as follows:

1. The Motion (Doc. No. 5) is **GRANTED IN PART**, to the extent it seeks to consolidate the above-captioned three actions (the "Consolidated Action").

2. The Clerk of Court is directed to create a Master File for the Consolidated Action under Case No. 13-2119.

3. The Clerk of Court shall file all pleadings from each action and this Order on the docket of the Consolidated Action, Case No. 13-2119.

4. All pleadings in the Consolidated Action shall have the following caption:

| | |
|---|---|
| IN RE UNITEK GLOBAL SERVICES, INC. SECURITIES LITIGATION | CIVIL ACTION NO. 13-2119 |

5. Counsel for the parties shall appear for a hearing on the appointment of class counsel and related matters on **July 23, 2013 at 4:00 p.m.**, in Courtroom 5C in the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.