UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE UNITEK GLOBAL SERVICES, INC. SECURITIES LITIGATION, | Civil Action No. 2:13-CV-2119 |

[~~PROPOSED~~] JHS ORDER APPOINTING LEAD PLAINTIFF
AND APPROVING SELECTION OF COUNSEL

**WHEREAS**, Plumbers Local No. 98 Defined Benefit Pension Fund filed a motion for consolidation, appointment as lead plaintiff and approval of its selection of counsel (the "Motion," Doc. No. 5);

**WHEREAS**, by Order dated July 11, 2013 (the "Consolidation Order," Doc. No. 17), the Court consolidated Civil Action Nos. 13-2119, 13-2414 and 13-2580 (the "Consolidated Action");

**WHEREAS**, the Consolidation Order directed the Clerk of the Court to create a Master File for the Consolidated Action under Case No. 13-2119;

**WHEREAS**, the Consolidated Order directed the Clerk of the Court to file all pleadings from each action consolidated with the Consolidated Action and the Consolidation Order on the Docket of the Consolidated Action;

**WHEREAS**, the Consolidation Order directed all pleadings in the Consolidated Action to have the above-caption;

**WHEREAS**, the Consolidation Order required counsel for the parties to appear for a hearing on the appointment of class counsel and related matters on July 23, 2013;

**WHEREAS**, the Court conducted a hearing on the appointment of lead plaintiff and lead counsel on July 23, 2013;

**AND NOW**, upon consideration of Plumbers Local No. 98 Defined Benefit Pension Fund's motion for consolidation, appointment as lead plaintiff and approval of its selection of class counsel (Case No. 13-2119, Doc. No. 5), Defendants' Joint Response (Doc. No. 13), the Notice of Non-Opposition to the Motion (Doc. No. 16), and the arguments of counsel, and good cause appearing therefore, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2.	Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Plumbers Local No. 98 Defined Benefit Pension Fund is appointed to serve as lead plaintiff in the Consolidated Action.

3.	Robbins Geller Rudman & Dowd LLP is approved as lead counsel for the class. Lead counsel shall provide general supervision of the activities of plaintiff's counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

(a)	to brief and argue motions;

(b)	to initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions, and requests for production of documents;

(c)	to direct and coordinate the examination of witnesses in depositions;

(d)	to act as spokesperson at pretrial conferences;

(e)	to call and chair meetings of plaintiff's counsel as appropriate or necessary from time to time;

(f)	to initiate and conduct any settlement negotiations with counsel for defendants;

(g)	to provide general coordination of the activities of plaintiff's counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

(h)	to consult with and employ experts;

(i)	to receive and review periodic time reports of all attorneys on behalf of plaintiff, to determine if the time is being spent appropriately and for the benefit of plaintiff, and to determine and distribute plaintiff's attorneys' fees; and

(j) to perform such other duties as may be expressly authorized by further order of this Court.

4. Kessler Topaz Meltzer & Check, LLP is approved as liaison counsel for the class.

\* \* \*

## ORDER

IT IS SO ORDERED.

DATED: August 2, 2013

_____
THE HONORABLE JOEL H. SLOMSKY
UNITED STATES DISTRICT JUDGE