UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re UNITEK GLOBAL SERVICES, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 2:13-cv-02119-JHS<br><br><u>CLASS ACTION</u> |

### LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF <u>PROPOSED SETTLEMENT</u>

PLEASE TAKE NOTICE that on such date and time as the Court shall set, the undersigned counsel for Lead Plaintiff Plumbers Local No. 98 Defined Benefit Pension Fund shall move before Hon. Joel H. Slomsky, U.S.D.J. at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia PA 19106 for preliminary approval of the proposed settlement in the above matter in accordance with Fed. R. Civ. P. 23(e).

The undersigned intends to rely upon the annexed Memorandum of Law and Stipulation and Agreement of Settlement and the exhibits annexed thereto. A proposed form of Order is also enclosed.

DATED:  January 17, 2014

KESSLER TOPAZ MELTZER & CHECK, LLP

/s/ Michael K. Yarnoff
MICHAEL K. YARNOFF
MEREDITH L. LAMBERT
280 King of Prussia Road
Radnor, PA 19087
Telephone:  610-667-7706
Facsimile:  610-667-7056

*Liaison Counsel for Plaintiffs*

ROBBINS GELLER RUDMAN&
DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
EDWARD Y. KROUB
58 South Service Road, Suite 200
Melville, NY 11747
Telephone:  631-367-7100
Facsimile:  631-367-1173

*Lead Counsel for Plaintiffs*