IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE UNITEK GLOBAL SERVICES, INC.
SECURITIES LITIGATION

Petitioner.

CIVIL ACTION
NO. 13-2119

**ORDER**

**AND NOW**, this 6th day of February 2014, upon consideration of Lead Plaintiff's

Motion for Preliminary Approval of Proposed Settlement (Doc. No. 29), it is **ORDERED** that a

hearing on the Motion will be held on **February 21, 2014 at 3:00 p.m.** in Courtroom 5C, United

States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.