IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE UNITEK GLOBAL SERVICES, INC. SECURITIES LITIGATION<br><br>Petitioner. | CIVIL ACTION<br>NO. 13-2119 |

## ORDER

**AND NOW**, this 7th day of April 2014, it is **ORDERED** that the Order Preliminarily Approving Settlement dated February 21, 2014 (Doc. No. 31) is **AMENDED** as follows. The Final Approval Hearing will be held on **June 27, 2014 at 11:00 a.m.** in Courtroom 5C, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.