UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re UNITEK GLOBAL SERVICES, INC. SECURITIES LITIGATION  ) ) ) ) | Civil Action No. 2:13-cv-02119-JHS<br><br>CLASS ACTION |
| This Document Relates To:  ) ) ) ) | |
| ALL ACTIONS.  ) | |

NOTICE OF MOTION AND LEAD PLAINTIFF'S MOTION FOR: (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS; AND (2) AN AWARD OF ATTORNEYS' FEES AND EXPENSES

939890_1

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on June 27, 2014, at 11:00 a.m., before the Honorable Joel H. Slomsky, Lead Plaintiff will, and hereby does, move for judgments and orders: (1) approving the Stipulation and Agreement of Settlement dated January 16, 2014 (the "Stipulation") and dismissing this action with prejudice and approving the Plan of Allocation of settlement proceeds; and (2) awarding Lead Counsel attorneys' fees and expenses.

This motion is based upon this Motion, the accompanying Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds, the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses, the declarations of counsel submitted in support thereof, the Stipulation and supporting exhibits, the papers and filings on record in this matter and such additional evidence or argument as may be presented at the hearing.

DATED: May 9, 2014

KESSLER TOPAZ MELTZER
    & CHECK, LLP

/s/Michael K. Yarnoff
MICHAEL K. YARNOFF
MEREDITH L. LAMBERT
280 King of Prussia Road
Radnor, PA  19087
Telephone: 610/667-7706
610/667-7056 (fax)

*Liaison Counsel for Plaintiffs*

ROBBINS GELLER RUDMAN
    & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
EDWARD Y. KROUB
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Lead Counsel for Plaintiffs*

- 1 -

939890_1